# United States District Court

EASTERN DISTRICT OF WISCONSIN

ESSILOR LABORATORIES
OF AMERICA, INC.,

       Plaintiff,

**JUDGMENT IN A CIVIL CASE**

  v.

Case No. 08-C-296

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY
N/K/A/ THE TRAVELERS COMPANIES, INC.,

       Defendant.

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Essilor's claim for declaratory relief is dismissed pursuant to Rule 12(b)(1) for lack of subject-matter jurisdiction.

    **IT IS FURTHER ORDERED AND ADJUDGED** that Essilor's bad faith claim is dismissed under Rule 12(b)(6) for failure to state a claim upon which relief may be granted.

Approved:     s/ William C. Griesbach
                            WILLIAM C. GRIESBACH
                            United States District Judge

Dated: January 20, 2009.

                            JON W. SANFILIPPO
                            Clerk of Court

                            s/ Mary E. Conard
                            (By) Deputy Clerk